BEALL & BURKHARDT, APC
WILLIAM C. BEALL, STATE BAR NO. 97100
ERIC W. BURKHARDT, STATE BAR NO. 132812
CARISSA N. HOROWITZ, STATE BAR NO. 274814
RYAN W. BEALL, STATE BAR NO. 313774
1114 STATE STREET
LA ARCADA BUILDING, SUITE 200
SANTA BARBARA, CALIFORNIA, 93101
(805) 966-6774, FAX (805) 963-5988

Attorneys for Debtor

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

NORTHERN DIVISION

| | |
|---|---|
| In re<br><br>VH Nutrition, LLC,<br><br>　　　　　　　　　Debtor. | Bankruptcy No. 9:25-bk-10005-RC<br>Chapter 11<br><br>**MOTION FOR USE OF CASH COLLATERAL**<br><br>Hearing to be Set |

VH Nutrition, LLC, hereby requests that this Court approve its use of cash collateral as follows:

FACTS

The Debtor in this case sells nutritional products, primarily online through Amazon.com.

The Debtor has become entangled with various Merchant cash advances, compromising its cash flow to the extent that filing Chapter 11 has become necessary. The case has been filed as a Subchapter V case, and the Debtor anticipates filing a Plan promptly as required by that subchapter of the Code.

The Debtor's primary assets are its accounts receivable and its inventory. It sells inventory, creating accounts receivable. It collects the accounts receivable and uses the cash to produce more

product, which then permits it to fill orders. In order to continue creating an income stream, it needs to use the funds collected from the accounts receivable.

## CASH COLLATERAL

Cash collateral is defined in section 363(a) of the Bankruptcy Code. There are numerous creditors with secured claims that gives them an interest in the cash collateral of the Debtor.

The first lienholder is the United States Small Business Administration ("SBA"). The SBA is owed $150,000. As security for the SBA debt, the SBA received a broadform lien on all assets of the Debtor. The SBA lien was perfected by the filing of a UCC-1 on January 25, 2021.

The amount owed to the SBA exceeds the value of the assets of the Debtor. There are numerous other creditors who have security interests, and have filed UCC-1 financing statements. However, section 506(a) of the Bankruptcy Code only recognizes a secured claim to the extent of the interest of the Debtor in the collateral. Thus the Debtor believes each of the following creditors are unsecured, despite having filed UCC-1's.

| Creditor | UCC-1 date | Collateral |
|---|---|---|
| Amazon Capital Services (paid in full) | 8-16-21 | Broadform |
| CT Corp as representative Assigned to Banker's Healthcare Group | 8-1-22 9-26-22 | Broadform |
| CT Corp as representative Assigned to Banker's Healthcare Group | 8-11-22 9-28-22 | Broadform |
| FFE Services as representative (Lendistry) | 12-1-23 | Broadform |
| Retail Capital, LLC (dba Credibly) | 11-4-24 | Broadform |

| | Funding Metrics, LLC dba Lendini | 11-13-24 | Future receipts |
|---|---|---|---|

The Debtor needs to use the cash collateral to pay certain expenses to maintain the operation. The expenses are not controversial, they constitute rent, utilities, payment of fully secured creditors, payment of payroll, all the other ordinary and necessary expenses of operation of a business, and quarterly fees to the Office of the United States Trustee. They are customary and necessary to the continued operation of the Debtor.

Section 363(c)(2) defines the "trustee's" ability to use the cash collateral. Use is dependent upon either consent of the secured party, or Order of the Court. The case has just been filed. While consent will be sought, it has not yet been granted. The Debtor in a Chapter 11 case has the right to use cash collateral as if it were a Trustee, pursuant to Section 1107(a).

Typically, Debtors will be permitted to use cash collateral when adequate protection is provided to the affected creditor. In re Sunnymead Shopping Center, 178 BR 809, 814 (BAP 9th Cir 1995), citing In re Whiting Pools, Inc., 462 US 198, 203-4 (1983). Uses such as the ones sought here, the ordinary and necessary expenses of operation of the Debtor's business, are among those typically paid with the use of cash collateral, as long as adequate protection is provided. Dahlquist v. First Nat. Bank in Sioux City, Iowa, 40 B.R. 969, (D.C.S.D.1983), affirmed in part, appeal dismissed in part 737 F.2d 733.

## ADEQUATE PROTECTION

Attached hereto as Exhibit B and incorporated herein by this reference is a projected budget for the first 6 months of this Chapter 11 case. It is the Debtor's best estimate of the Debtor's business operations through March 31, 2025. It shows that as the Debtor operates its business, there will be an accumulation of cash, putting the estate in a better position every month through the use of cash collateral. As adequate protection for use of the cash collateral of the secured claims, the Debtor proposes to give all creditors holding liens new liens on post-petition rents generated through the Debtor's business operations with the same validity, extent and priority they hold in the pre-filling assets, notwithstanding the effect of 11 U.S.C. 552. The Debtor will promptly file a motion to value

the collateral, which will affect the secured portion of each creditor's claim. In addition, the Debtor proposes to make the full contractual payment to the SBA.

    A lien on post-filing assets is a classic form of adequate protection, as long as there will be no diminution of the secured creditors' collateral. In re Pursuit Athletic Footwear, Inc., 13 B.R. 713, 716 B.C. D. Del. 1996).

## CONCLUSION

    For the foregoing reasons, VH Nutrition, Inc. requests that it be authorized to use the cash collateral of the various secured creditors under the terms and conditions set forth herein.

Dated: 1/3, 2025                  BEALL & BURKHARDT, APC

                                        By: /s/ William C. Beall
                                        William C. Beall, Counsel for VH Nutrition, LLC

4

## DECLARATION OF DREW LITTLEJOHNS

I, Drew Littlejohns, declare and state as follows:

1. I am the CEO of the Debtor in this Chapter 11 case. Each of the matters set forth below are stated of my personal knowledge and if called as a witness I could competently testify to each of them.

2. The Debtor in this case sells nutritional products, primarily over the internet. It carries a small inventory, makes sales from the inventory, collects receivables, and uses the collection of receivables to pay its employees, pay other business expenses, and create new inventory. Use of its receivables is crucial to continued operations.

3. The Debtor has various liens against its receivables. The first lien is in favor of the United States Small Business Administration ("SBA"). The SBA is owed $150,000. As security for the SBA debt, the SBA received a broadform lien on all assets of the Debtor. The SBA lien was perfected by the filing of a UCC-1 on January 25, 2021.

4. The amount owed to the SBA exceeds the value of the assets of the Debtor. There are numerous other creditors who have security interests, and have filed UCC-1 financing statements. Thus the Debtor believes each of the creditors in the table above are unsecured, despite having filed UCC-1's. Copies of the filed and current UCC-1's are attached hereto as Exhibit A.

5. The Debtor currently has assets subject to the liens as follows: Accounts Receivable $26,101.54, inventory $50,000.00, cash in the bank $2,972.85. The inventory was valued by discounting cost, due to the fact that there is no secondary market in this inventory.

6. The Debtor needs to use the cash collateral to pay certain expenses to maintain the operation. The expenses are not controversial, they constitute rent, utilities, payment of fully secured creditors, payment of payroll, all the other ordinary and necessary expenses of operation of a business, and quarterly fees to the Office of the United States Trustee. They are customary and necessary to the continued operation of the Debtor. They are detailed more fully in Exhibit B.

7. Attached hereto as Exhibit B and incorporated herein by this reference is a projected budget for the first three months of this Chapter 11 case. It is the Debtor's best estimate of the

7.  Attached hereto as Exhibit B and incorporated herein by this reference is a projected budget for the first three months of this Chapter 11 case. It is the Debtor's best estimate of the Debtor's business operations through March 31, 2025. It shows that as the Debtor operates its business, there will be an accumulation of cash, putting the estate in a better position every month through the use of cash collateral. As adequate protection for use of the cash collateral of the secured claims, the Debtor proposes to give all creditors holding liens new liens on post-petition rents generated through the Debtor's business operations with the same validity, extent and priority they hold in the pre-filling assets, notwithstanding the effect of 11 U.S.C. 552. The Debtor will promptly file a motion to value the collateral, which will affect the secured portion of each creditor's claim. In addition, the Debtor proposes to make the full contractual payment to the SBA.

I declare the foregoing is true under the laws of the State of California, executed at Santa Barbara, California

Dated: 01/03/2025

Drew Littlejohns

U210017867532



**STATE OF CALIFORNIA**
*Office of the Secretary of State*
**UCC FINANCING STATEMENT (UCC 1)**
California Secretary of State
1500 11th Street
Sacramento, California 95814
(916) 653-3516

For Office Use Only

**-FILED-**

File #: U210017867532

Date Filed: 1/25/2021

| Submitter Information: | |
|---|---|
| Contact Name | CORPORATION SERVICE COMPANY |
| Organization Name | CORPORATION SERVICE COMPANY |
| Phone Number | 18008585294 |
| Email Address | SPRFiling@cscglobal.com |
| Address | 801 ADLAI STEVENSON DR SPRINGFIELD, IL 62703 |

Debtor Information:

| Debtor Name | Mailing Address |
|---|---|
| VH NUTRITION LLC | 810 FIERO, SUITE 130 SAN LUIS OBISPO, CA 93401 |

Secured Party Information:

| Secured Party Name | Mailing Address |
|---|---|
| U.S. SMALL BUSINESS ADMINISTRATION | 1545 HAWKINS BLVD, SUITE 202 EL PASO, TX 79925 |

Indicate how documentation of Collateral is provided:
Entered as Text

Description:
All tangible and intangible personal property, including, but not limited to: (a) inventory, (b) equipment, (c) instruments, including promissory notes (d) chattel paper, including tangible chattel paper and electronic chattel paper, (e) documents, (f) letter of credit rights, (g) accounts, including health-care insurance receivables and credit card receivables, (h) deposit accounts, (i) commercial tort claims, (j) general intangibles, including payment intangibles and software and (k) as-extracted collateral as such terms may from time to time be defined in the Uniform Commercial Code. The security interest Borrower grants includes all accessions, attachments, accessories, parts, supplies and replacements for the Collateral, all products, proceeds and collections thereof and all records and data relating thereto. EXEMPT Per California Government Code Section 6103 PLEASE EXPEDITE  986084 8203

Indicate if Collateral is held in a Trust or is being administered by a Decedent's Personal Representative:
Not Applicable

Select an alternate Financing Statement type:

Select an additional alternate Financing Statement type:

Select an alternative Debtor/Secured Party designation for this Financing Statement:

Optional Filer Reference Information:
2051 96870

U210075862532



# STATE OF CALIFORNIA
*Office of the Secretary of State*
**UCC FINANCING STATEMENT (UCC 1)**
California Secretary of State
1500 11th Street
Sacramento, California 95814
(916) 653-3516

For Office Use Only

**-FILED-**

File #: U210075862532
Date Filed: 8/16/2021

| Submitter Information: | |
|---|---|
| Contact Name | WOLTERS KLUWER LIEN SOLUTIONS |
| Organization Name | LIEN SOLUTIONS |
| Phone Number | 800-331-3282 |
| Email Address | uccfilingreturn@wolterskluwer.com |
| Address | P.O. BOX 29071<br>GLENDALE, CA 912099071 |

Debtor Information:

| Debtor Name | Mailing Address |
|---|---|
| VH NUTRITION LLC | 810 FIERO<br>SAN LUIS OBISPO, CA 93401 |

Secured Party Information:

| Secured Party Name | Mailing Address |
|---|---|
| AMAZON CAPITAL SERVICES, INC. | 410 TERRY AVE. N.<br>SEATTLE, WA 98109 |

Indicate how documentation of Collateral is provided:
Entered as Text

Description:
The Collateral is all of the following property the debtor now owns or may acquire in the future: (i) all inventory at any time stored for the debtor or the debtor's affiliate accounts in Amazon fulfillment centers, wherever found, (ii) any right, title or interest in the debtor's Seller Account, as well as any other Amazon seller accounts affiliated with the debtor, (iii) all Accounts, Chattel Paper, Deposit Accounts, Documents, Instruments, Investment Property, or Payment Intangibles, (iv) all Equipment, Goods, Inventory and other tangible personal property located in the United States, (v) any books and records pertaining to the Collateral, and (vi) any insurance, proceeds or products of the foregoing.

Indicate if Collateral is held in a Trust or is being administered by a Decedent's Personal Representative:
Not Applicable

Select an alternate Financing Statement type:

Select an additional alternate Financing Statement type:

Select an alternative Debtor/Secured Party designation for this Financing Statement:

Optional Filer Reference Information:
81990793

U220215042421



**STATE OF CALIFORNIA**
*Office of the Secretary of State*
**UCC FINANCING STATEMENT (UCC 1)**
California Secretary of State
1500 11th Street
Sacramento, California 95814
(916) 653-3516

For Office Use Only

**-FILED-**

File No.: U220215042421

Date Filed: 8/1/2022

| Submitter Information: | |
|---|---|
| Contact Name | WOLTERS KLUWER LIEN SOLUTIONS |
| Organization Name | LIEN SOLUTIONS |
| Phone Number | 800-331-3282 |
| Email Address | uccfilingreturn@wolterskluwer.com |
| Address | P.O. BOX 29071<br>GLENDALE, CA 912099071 |

Debtor Information:

| Debtor Name | Mailing Address |
|---|---|
| VH NUTRITION LLC | 810 FIERO LANE, SUITE 130<br>SAN LUIS OBISPO, CA 93401 |

Secured Party Information:

| Secured Party Name | Mailing Address |
|---|---|
| C T CORPORATION SYSTEM, AS REPRESENTATIVE | 330 N BRAND BLVD, SUITE 700; ATTN: SPRS<br>GLENDALE, CA 91203 |

Indicate how documentation of Collateral is provided:
Entered as Text

Description:
Debtor grants to Creditor a security interest in all of the right, title and interest of Debtor in and to all business assets including, but not limited to Accounts Receivables, Inventory, Instruments, Equipment, Intangibles, Accounts, Chattels, Paper, Good Will, Specific Property and All Property of Debtor and all proceeds thereof (collectively, the "Collateral"). This security interest is granted to Creditor by Debtor to secure performance and payment of all obligations and indebtedness of Debtor to Creditor hereunder and as set forth herein.

Indicate if Collateral is held in a Trust or is being administered by a Decedent's Personal Representative:
Not Applicable

Select an alternate Financing Statement type:

Select an additional alternate Financing Statement type:

Select an alternative Debtor/Secured Party designation for this Financing Statement:

Optional Filer Reference Information:
87961937

U220217978135



**STATE OF CALIFORNIA**
*Office of the Secretary of State*
**UCC FINANCING STATEMENT (UCC 1)**
California Secretary of State
1500 11th Street
Sacramento, California 95814
(916) 653-3516

For Office Use Only

**-FILED-**

File No.: U220217978135

Date Filed: 8/11/2022

| Submitter Information: | |
|---|---|
| Contact Name | WOLTERS KLUWER LIEN SOLUTIONS |
| Organization Name | LIEN SOLUTIONS |
| Phone Number | 800-331-3282 |
| Email Address | uccfilingreturn@wolterskluwer.com |
| Address | P.O. BOX 29071<br>GLENDALE, CA 912099071 |

Debtor Information:

| Debtor Name | Mailing Address |
|---|---|
| VH NUTRITION LLC | 810 FIERO LANE, SUITE 130<br>SAN LUIS OBISPO, CA 93401 |

Secured Party Information:

| Secured Party Name | Mailing Address |
|---|---|
| C T CORPORATION SYSTEM, AS REPRESENTATIVE | 330 N BRAND BLVD, SUITE 700; ATTN: SPRS<br>GLENDALE, CA 91203 |

Indicate how documentation of Collateral is provided:
Entered as Text

Description:
Debtor grants to Creditor a security interest in all of the right, title and interest of Debtor in and to all business assets including, but not limited to Accounts Receivables, Inventory, Instruments, Equipment, Intangibles, Accounts, Chattels, Paper, Good Will, Specific Property and All Property of Debtor and all proceeds thereof (collectively, the "Collateral"). This security interest is granted to Creditor by Debtor to secure performance and payment of all obligations and indebtedness of Debtor to Creditor hereunder and as set forth herein.

Indicate if Collateral is held in a Trust or is being administered by a Decedent's Personal Representative:
Not Applicable

Select an alternate Financing Statement type:

Select an additional alternate Financing Statement type:

Select an alternative Debtor/Secured Party designation for this Financing Statement:

Optional Filer Reference Information:
88156927

U220229968037



**STATE OF CALIFORNIA**
*Office of the Secretary of State*
**UCC FINANCING STATEMENT AMENDMENT (UCC 3)**
California Secretary of State
1500 11th Street
Sacramento, California 95814
(916) 653-3516

For Office Use Only

**-FILED-**

File No.: U220229968037
Date Filed: 9/26/2022

| Submitter Information: | |
|---|---|
| Contact Name | WOLTERS KLUWER LIEN SOLUTIONS |
| Organization Name | LIEN SOLUTIONS |
| Phone Number | 800-331-3282 |
| Email Address | uccfilingreturn@wolterskluwer.com |
| Address | P.O. BOX 29071<br>GLENDALE, CA 912099071 |

| Amendment Action Information: | |
|---|---|
| Initial Financing Statement File Number | U220215042421 |
| Date Filed | 08/01/2022 |
| Amendment Action | Assignment |

**Secured Party Assignee:**

| Secured Party Name | Mailing Address | Assignee |
|---|---|---|
| BANKERS HEALTHCARE GROUP, LLC F/B/O BHG GRANTOR TRUST 2022-C | 10234 W. STATE ROAD 84<br>DAVIE, FL 33324 | ☒ Assignee |

| Indicate how documentation of Collateral is provided: | Not Applicable |
|---|---|

**Name of Secured Party of Record Authorizing This Amendment:**

☐ If this Amendment is authorized by a Debtor, check this box and select the name of the Authorizing Debtor below.

| Authorizing Secured Party Name | C T Corporation System, as representative |
|---|---|

Optional Filer Reference Information:
88956892



**STATE OF CALIFORNIA**
*Office of the Secretary of State*
**UCC FINANCING STATEMENT AMENDMENT (UCC 3)**
California Secretary of State
1500 11th Street
Sacramento, California 95814
(916) 653-3516

For Office Use Only
**-FILED-**
File No.: U220230650319
Date Filed: 9/28/2022

U220230650319

| Submitter Information: | |
|---|---|
| Contact Name | WOLTERS KLUWER LIEN SOLUTIONS |
| Organization Name | LIEN SOLUTIONS |
| Phone Number | 800-331-3282 |
| Email Address | uccfilingreturn@wolterskluwer.com |
| Address | P.O. BOX 29071 GLENDALE, CA 912099071 |

| Amendment Action Information: | |
|---|---|
| Initial Financing Statement File Number | U220217978135 |
| Date Filed | 08/11/2022 |
| Amendment Action | Assignment |

**Secured Party Assignee:**

| Secured Party Name | Mailing Address | Assignee |
|---|---|---|
| BANKERS HEALTHCARE GROUP, LLC F/B/O BHG GRANTOR TRUST 2022-C | 10234 W. STATE ROAD 84 DAVIE, FL 33324 | ☒ Assignee |

| Indicate how documentation of Collateral is provided: | Not Applicable |
|---|---|

**Name of Secured Party of Record Authorizing This Amendment:**

☐ If this Amendment is authorized by a Debtor, check this box and select the name of the Authorizing Debtor below.

| Authorizing Secured Party Name | C T Corporation System, as representative |
|---|---|

Optional Filer Reference Information:
89024731

B1132-5706 09/28/2022 9:26 AM Received by California Secretary of State



**STATE OF CALIFORNIA**
*Office of the Secretary of State*
**UCC FINANCING STATEMENT (UCC 1)**
California Secretary of State
1500 11th Street
Sacramento, California 95814
(916) 653-3516

| For Office Use Only |
|---|
| **-FILED-** |
| File No.: U230084443736 |
| Date Filed: 12/1/2023 |

**Submitter Information:**

| | |
|---|---|
| Contact Name | FFE SERVICES LLC, AS REPRESENTATIVE |
| Organization Name | FFE SERVICES LLC, AS REPRESENTATIVE |
| Phone Number | (888) 390-8246 |
| Email Address | ffeservicesllc@gmail.com |
| Address | 11501 SUNSET HILLS ROAD, SUITE 400 RESTON, VA 20190 |

**Debtor Information:**

| Debtor Name | Mailing Address |
|---|---|
| VH NUTRITION LLC | 810 Fiero Lane Suite 130 San Luis Obispo, CA 93401 |

**Secured Party Information:**

| Secured Party Name | Mailing Address |
|---|---|
| FFE SERVICES LLC, AS REPRESENTATIVE | 11501 Sunset Hills Road Suite 400 Reston, VA 20190 |

**Indicate how documentation of Collateral is provided:**
Entered as Text

**Description:**
Grant of Security Interest. Borrower grants to Lender a security interest in the Collateral (defined below) to secure the payment of all indebtedness under the Agreement, including any fees and any and all other liabilities of Borrower to Lender under the Agreement, whether now existing or hereafter arising and whether absolute or contingent. As used herein, the term "Collateral" includes all right, title, and interest of Borrower, whether now owned or existing or hereafter created, acquired, or arising, in and to all of the following: (A) accounts, (B) chattel paper, (C) instruments, (D) documents, (E) general intangibles, (F) letter of credit rights, (G) supporting obligations; (H) deposit accounts; (I) investment property; (J) inventory; (K) equipment; and (L) fixtures; together with (1) all supporting obligations, evidence and documents relating to any such property, (2) all accessions and additions to, and substitutions and replacements of, any and all of such property, and (3) any and all proceeds and products of the foregoing. All terms which are used in the Agreement which are defined in the Uniform Commercial Code of the State of California, if Borrower's principal place of business is in California, or the Uniform Commercial Code of the Commonwealth of Virginia, if Borrower's principal place of business is in a state other than California, that is in effect from time to time ("UCC"), shall have the same meanings as such terms are defined in the UCC, unless the Agreement shall otherwise specifically provide.

**Indicate if Collateral is held in a Trust or is being administered by a Decedent's Personal Representative:**
Not Applicable

**Select an alternate Financing Statement type:**
Not Applicable

**Select an additional alternate Financing Statement type:**
Not Applicable

**Select an alternative Debtor/Secured Party designation for this Financing Statement:**
Not Applicable

**Optional Filer Reference Information:**
315818

**Miscellaneous Information:**

**Search to Reflect:**

Exhibit A - Page 13

B2297-4656  12/01/2023  5:45 AM Received by California Secretary of State

U230084443736

☐ Order a Search to Reflect

B2297-4657 12/01/2023 5:45 AM Received by California Secretary of State

U240085247934



**STATE OF CALIFORNIA**
*Office of the Secretary of State*
**UCC FINANCING STATEMENT (UCC 1)**
California Secretary of State
1500 11th Street
Sacramento, California 95814
(916) 657-5448

For Office Use Only

**-FILED-**

File No.: U240085247934
Date Filed: 11/4/2024

| Submitter Information: | |
|---|---|
| Contact Name | WOLTERS KLUWER LIEN SOLUTIONS |
| Organization Name | LIEN SOLUTIONS |
| Phone Number | 800-331-3282 |
| Email Address | uccfilingreturn@wolterskluwer.com |
| Address | P.O. BOX 29071<br>GLENDALE, CA 912099071 |

Debtor Information:

| Debtor Name | Mailing Address |
|---|---|
| VH NUTRITION LLC | 810 FIERO LANE SUITE 130<br>SAN LUIS OBISPO, CA 93401 |
| WHISKEY KINGS, LLC | 7586 S QUANTOCK CT<br>AURORA, CO 80016 |

Secured Party Information:

| Secured Party Name | Mailing Address |
|---|---|
| RETAIL CAPITAL LLC DBA CREDIBLY | 25200 TELEGRAPH RD #350<br>SOUTHFIELD, MI 48033 |

Indicate how documentation of Collateral is provided:
Entered as Text

Description:
(a). Any and all present and future sales and receivables of the Seller/Debtor. Seller/Debtor acknowledges that the Amount Sold of the Future Receivables is a sale of accounts or general intangibles governed by Article 9 of the Uniform Commercial Code and Seller/Debtor authorizes the Secured Party to file this financing statement to evidence the sale of the Amount Sold. This sale of the Amount Sold is intended to be a sale and not an assignment of security. (b). All personal property of Seller/Debtor, including, all accounts, chattel paper, documents, equipment, general intangibles, instruments, inventory, and liquor licenses, wherever located, now or hereafter owned or acquired by Seller/Debtor; (c). real estate now or hereafter owned or acquired by Seller/Debtor; (d). All trademarks, trade names, service marks, logos and other sources of business identifiers, and all registrations, recordings and applications with the U.S. Patent and Trademark Office ("USPTO") and all renewals, reissues and extensions thereof (collectively "IP") whether now owned or hereafter acquired, together with any written agreement granting any right to use IP (e). all proceeds of the foregoing, as the term "proceeds" is defined in Article 9 of the UCC. Pursuant to an agreement between Seller/Debtor and Secured Party, Seller/Debtor has agreed to not grant a security interest in the above referenced description to any other entity. Accordingly, the acceptance of any security interest by anyone other than the Secured Party is likely to constitute the tortious interference with the Secured Party's rights. In the event that any other entity is granted a security interest in Seller/Debtor's present and future sales and receivables contrary to the above, the Secured Party asserts a claim to any proceeds thereof received by such entity. For NJ residents only - This collateral description is within the scope of the New Jersey Uniform Commercial Code, Article 9 at 12A:9-102 and 12A:9-109 as enacted by the state of New Jersey.

Indicate if Collateral is held in a Trust or is being administered by a Decedent's Personal Representative:
Not Applicable

Select an alternate Financing Statement type:

Select an additional alternate Financing Statement type:

Select an alternative Debtor/Secured Party designation for this Financing Statement:

Optional Filer Reference Information:
101463988

Exhibit A - Page 15

Page 1 of 1



**STATE OF CALIFORNIA**
*Office of the Secretary of State*
**UCC FINANCING STATEMENT (UCC 1)**
California Secretary of State
1500 11th Street
Sacramento, California 95814
(916) 657-5448

For Office Use Only

**-FILED-**

File No.: U240087743130
Date Filed: 11/13/2024

| Submitter Information: | |
|---|---|
| Contact Name | WOLTERS KLUWER LIEN SOLUTIONS |
| Organization Name | LIEN SOLUTIONS |
| Phone Number | 800-331-3282 |
| Email Address | uccfilingreturn@wolterskluwer.com |
| Address | P.O. BOX 29071<br>GLENDALE, CA 912099071 |

Debtor Information:

| Debtor Name | Mailing Address |
|---|---|
| VH NUTRITION, LLC | 810 FIERO LANE<br>SUITE 130<br>SAN LUIS OBISPO, CA 93401 |

Secured Party Information:

| Secured Party Name | Mailing Address |
|---|---|
| FUNDING METRICS, LLC | 3220 TILLMAN DRIVE<br>SUITE 200<br>BENSALEM, PA 19020 |

Indicate how documentation of Collateral is provided:
Entered as Text

Description:
On or about June 28, 2024, Funding Metrics, LLC purchased the Future Receipts of the Debtor. Future Receipts includes all payments made by cash, check, ACH, or other electronic transfer, credit card, debit card, bank card, charge card or other form of monetary payment in the ordinary course of Debtor's business, accounts and payment intangibles, and all proceeds and products of the foregoing.

Indicate if Collateral is held in a Trust or is being administered by a Decedent's Personal Representative:
Not Applicable

Select an alternate Financing Statement type:

Select an additional alternate Financing Statement type:

Select an alternative Debtor/Secured Party designation for this Financing Statement:

Optional Filer Reference Information:
101608453

# BUSINESS INCOME & EXPENDITURES

## CURRENT MONTHLY BUSINESS INCOME

Total: 82,000

Source: Amazon.com / Walmart.com

## TOTAL CURRENT MONTHLY EXPENSES:

78,965.62

## EXCESS OF INCOME OVER EXPENSES: $3,034.38

| Expense | January 2025 | February 2025 | March 2025 |
|---|---|---|---|
| 1. Rent payment | $ 12398.62 | $ 12398.62 | $ 12398.62 |
| 2. Repair/Upkeep/Fuel | $800 | $800 | $800 |
| 3. Telephone / Internet | $ 280 | $ 280 | $ 280 |
| 4. Other / utilities | $300 | $300 | $300 |
| 5. Insurance | $1811 | $1811 | $1811 |
| 6. Installment payments equipment (Wilmington) | $136 | $136 | $136 |
| 7. Small Business Administration | $790 | $790 | $790 |
| 8. Maintenance of equipment | $400 | $400 | $400 |
| 9. Advertising | $3500 | $3500 | $3500 |
| 10. Bank service charges | $200 | $200 | $200 |
| 11. Licensing Fee | $3800 | $3800 | $3800 |
| 12. Office expenses | $500 | $500 | $500 |
| 13. Laundry/Cleaning | $250 | $250 | $250 |
| 14. Supplies/Materials | $2000 | $2000 | $2000 |
| 15. Freight | $500 | $500 | $500 |
| 16. Wages and salaries | $32000 | $32000 | $32000 |
| 17. Production costs | $14000 | $14000 | $14000 |
| 18. US Trustee Fees (est.) | $300 | $300 | $300 |
| 19. Professional fees (est.) | $5000 | $5000 | $5000 |
| TOTAL | $78,965.62 | $78,965.62 | $78,965.62 |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

1114 State Street, Suite 200, Santa Barbara, CA 93101

A true and correct copy of the foregoing document entitled (*specify*):
**MOTION FOR USE OF CASH COLLATERAL**

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On _1/3/2025, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:
- **William C Beall**    will@beallandburkhardt.com, carissa@beallandburkhardt.com
- **Brian David Fittipaldi**    brian.fittipaldi@usdoj.gov
- **United States Trustee (ND)**    ustpregion16.nd.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) 1/3/2025, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.
See attached list

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*)_____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 1/3/2025 | William C. Beall | |
|---|---|---|
| Date | Printed Name | Signature |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                    F 9013-3.1.PROOF.SERVICE

```
Label Matrix for local noticing         VH Nutrition, LLC                      Northern Division
0973-9                                   810 Fiero Lane, Suite 13              1415 State Street,
Case 9:25-bk-10005-RC                    San Luis Obispo, CA 93401-8710        Santa Barbara, CA 93101-2511
Central District of California
Santa Barbara
Fri Jan  3 11:54:32 PST 2025

ABC Laboratories                         American Express                      Caldwell Associates
2730 North Main Street                   P. O. Box 981535                      200 Clarendon Street 59th Floor
Los Angeles, CA 90031-3321               El Paso, TX 79998-1535                Boston, MA 02116-5083


Credibly                                 Fundation                             Informed Choice
P.O. Box 1070                            3000 S IH 35, Suite 300               Newmarket Road, Fordham
West Chester, OH 45071-1070              Austin, TX 78704-6536                 Cambridgeshire CB7 5WW
                                                                               UK


Internal Revenue Service                 Lendini/Funding Metrics               Lendistry
P.O. Box 7346                            3220 Tillman Drive, Suite 200         767 South Alameda Steet, Unit 340
Philadelphia, PA 19101-7346              Bensalem, PA 19020-2028               Los Angeles, CA 90021-1665


Pinnacle  BHG Financial                  Quaglino Properties, LLC              Small Business Adminstration
201 Solar Strret                         815 Fiero Lane                        10737 Gateway West #300
Syracuse, NY 13204-1425                  San Luis Obispo, CA 93401-8700        El Paso, TX 79935-4910


Summit Associates                        US Bank                               Umpqua
2079 Van Gogh Lane                       4515 N Santa Fe Avenue                624 S. Main Street
Apex, NC 27539-4701                      Oklahoma City, OK 73118-7901          Templeton, CA 93465-5152


United States Trustee (ND)               WHFS                                  Wilmington Savings Fund Society
915 Wilshire Blvd, Suite 1850            P.O. Box 7358                         1818 Market Street
Los Angeles, CA 90017-3560               Philadelphia, PA 19101-7358           Philadelphia, PA 19103-3638


William C Beall                          End of Label Matrix
Beall and Burkhardt, APC                 Mailable recipients    21
1114 State St Ste 200                    Bypassed recipients     0
Santa Barbara, CA 93101-6722             Total                  21
```